Robert G. Schock (SBN: 37682)
LAW OFFICES OF ROBERT G. SCHOCK
1970 Broadway, Suite 1200
Oakland, CA 94612
Telephone: (510) 839-7722
Facsimile:  (510) 839-7752

Attorney for Plaintiffs:
SAMYA CRAWFORD, JAZZMANE CRAWFORD,
and ALIYAH CRAWFORD, Minors by their
Guardians ad Litems, RAMON CRAWFORD and
LATANYA MARTINEZ, RAMON CRAWFORD and
LATANYA MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMYA CRAWFORD, JAZZMANE CRAWFORD, and ALIYAH CRAWFORD, Minors by their Guardians ad Litems, RAMON CRAWFORD and LATANYA MARTINEZ, RAMON CRAWFORD and LATANYA MARTINEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SOLANO, COUNTY OF SOLANO CHILD PROTECTIVE SERVICES, JOSEPHINE DAVIS, MARJORIE MIZEL, and DOES 1 through 40, Inclusive,<br><br>Defendants. | Case No.: C 10-2178 MEJ<br><br>**REQUEST FOR CONTINUANCE OF MOTION TO CHANGE VENUE**<br><br>Date of Motion:  August 5, 2010<br><br>*Complaint Filed: May 20, 2010* |

It is hereby respectfully requested that plaintiffs SAMYA CRAWFORD, JAZZMANE

CRAWFORD, and ALIYAH CRAWFORD, Minors by their Guardians ad Litems, RAMON

1  CRAWFORD and LATANYA MARTINEZ, RAMON CRAWFORD and LATANYA MARTINEZ
2  Motion to Change Venue set for hearing on August 5, 2010 be continued for approximately
3  fifteen (15) days.
4      Plaintiffs are in the process of formally serving defendants COUNTY OF SOLANO,
5  COUNTY OF SOLANO CHILD PROTECTIVE SERVICES, JOSEPHINE DAVIS, and
6  MARJORIE MIZEL.
7      Plaintiffs counsel has conferred with counsel for defendants and has indicated that
8  they would not be opposing the motion to change venue and has agreed to sign a
9  Stipulation to Change Venue.
10      The proposed Stipulation to Change Venue has been faxed to defense counsel and
11  we anticipate that the stipulation will be filed with the Court shortly.

Date: July 15, 2010      LAW OFFICES OF ROBERT G. SCHOCK

By: _____
ROBERT G. SCHOCK, Attorney for Plaintiffs, SAMYA CRAWFORD, JAZZMANE CRAWFORD, and ALIYAH CRAWFORD, Minors by their Guardians ad Litems, RAMON CRAWFORD and LATANYA MARTINEZ, RAMON CRAWFORD and LATANYA MARTINEZ

The hearing is hereby CONTINUED to August 19, 2010 at 10:00 a.m.  All briefing deadlines shall be adjusted accordingly.

Dated: July 15, 2010



UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Maria-Elena James